Thomas
v.
Allen.

THE PEOPLE, on the relation of G. Goodrich and others, *vs.*
CHATAUQUE COMMON PLEAS.

In an appeal bond, the a-mount of the costs need not be stated in the recital of the judgment.

MOTION for a mandamus. A judgment was rendered against the relators for $50 damages and $1 84 costs of suit. The relators appealed, paid the costs and $\frac{75}{100}$, the allowance to the justice for making and filing his return, and entered into the usual bond in the penalty of $110, reciting that the plaintiff below had lately recovered a judgment against them before W. D. one of the justices, &c. for $50 damages *and costs of suit.* The common pleas quashed the appeal, for the cause that the amount of the costs was not recited in the bond.

*A. Dixon*, for the relators.

*By the Court*, SAVAGE, C. J. It is not necessary to recite in an appeal bond the amount of the costs before the justice ; nor need the costs be regarded for any purpose other than to ascertain the amount of the penalty to be inserted in the bond. The court judicially know that the taxable costs before a justice against a losing party cannot exceed $5, and the penalty in this case being in the sum of $110, it is double the amount of the judgment rendered. The bond therefore is good, and the common pleas erred in quashing the appeal. Let an alternative mandamus issue.